[Nos. 25428-3-III; 25429-1-III.   Division Three.   September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER MICHAEL HOTRUM, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, Nos. 04-1-01965-7 and 05-1-01687-7, Jerome J. Leveque, J., entered August 10, 2006. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 26870-5-III.   Division Three.   September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MOLLY JO RINEHART, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-01091-6, Vic L. VanderSchoor, J., entered January 31, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26872-1-III.   Division Three.   September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. GROW, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 06-1-00206-6, Michael E. Cooper, J., entered January 28, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Korsmo, JJ.

[No. 26978-7-III.   Division Three.   September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LAMAR ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03758-7, Kathleen M. O'Connor, J., entered February 25, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.